DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IRWIN MONJE-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>IRWIN MONJE-RAMIREZ,<br><br>             Defendant. | NO. 1:08-cr-00405 LJO<br><br>AMENDED STIPULATION TO ADVANCE STATUS CONFERENCE; AND ORDER THEREON<br><br>Date: February 6, 2009<br>Time: 9:00 a.m.<br>Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for February 13, 2009, **may be advanced to February 6, 2009 at 9:00 a.m.**

The grounds for this request is that the defendant has signed a fast-track plea agreement.

DATED: January 30, 2009                                   DATED: January 30, 2009

LAWRENCE G. BROWN                                   DANIEL J. BRODERICK
Acting United States Attorney                            Federal Public Defender


 /s/ Ian L. Garriques                                              /s/ Douglas J. Beevers
IAN L. GARRIQUES                                            DOUGLAS J. BEEVERS
Assistant United States Attorney                         Assistant Federal Defender
Attorney for Plaintiff                                             Attorney for Defendant
                                                                              Irwin Monje-Ramirez

**ORDER**

**IT IS SO ORDERED.**  The status conference hearing in the above-referenced matter for defendant, Irwin Monje-Ramirez, now set for February 13, 2009, **is hereby advanced to February 6, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:** __February 2, 2009__        ____/s/ Lawrence J. O'Neill____
                                                    UNITED STATES DISTRICT JUDGE